AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRICK DUNCAN,

    Petitioner,

        v.

WARDEN, FCI JESUP,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-20

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated September 9, 2025, the Magistrate Judge's Report and Recommendations is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss and Petitioner's 28 U.S.C. § 2241 petition are denied as moot. Further, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____



September 9, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020